IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No.: 3:12CR015<br>Judge Thomas M. Rose |
| v. | : | |
| PATRICK M. LEHMAN, | : | |
| Defendant. | : | |

**AMENDED FINAL ORDER OF FORFEITURE OF THE
DEFENDANT PATRICK M. LEHMAN'S ASSETS**

Upon Motion of the United States of America filed October 16, 2012 (Doc. 38) to amend the Final Order of Forfeiture entered August 28, 2012, (Doc. 35), to correct a clerical error, the Final Order of Forfeiture is hereby amended to reflect that only the following items are forfeited to the United States:

      a.     Dell Inspiron MD #2305, Service Tag #55Q23P1;
      b.     External Hard Drive, Serial No. unknown;
      c.     HP Pavillion, Serial No. CNH7070KKZ;
      d.     Green case with DVD's; and
      e.     2 Brown cases with DVD's.

All other terms of the Final Order of Forfeiture entered on August 28, 2012 remain the same.

SO ORDERED:

Dated: October 17, 2012

                                                    THOMAS M. ROSE
                                                    UNITED STATES DISTRICT COURT JUDGE